**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TY INC., | ) | FILED STAMP: JULY 24, 2008 |
| | ) | 08CV4217 |
| Plaintiff, | ) | JUDGE LINDBERG |
| | ) | MAG. JUDGE COX |
| v. | ) No. | J. N. |
| | ) | |
| SUZHOU YOUNG CHANG | ) | |
| PLASTIC PRODUCTS CO., LTD., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**COMPLAINT**

Plaintiff TY INC. ("Ty"), by its attorneys, Scandaglia & Ryan, complains against Defendant, SUZHOU YOUNG CHANG PLASTIC PRODUCTS CO., LTD. ("Suzhou Young Chang"), as follows:

**NATURE OF THE ACTION**

1.     This is an action by Ty for damages relating to (1) Suzhou Young Chang's delivery to Ty of non-conforming goods made with unauthorized materials in violation of the contract between the parties and (2) Suzhou Young Chang's express warranties that the products that it manufactured for Ty would conform to the contract.  Due to the seriousness of the non-conformity, Ty rejected the goods and was forced to destroy them.

2.     Ty seeks damages relating to: the cost of the product for which it has paid; the costs for shipping, inspection, and destruction of the product that it has received; the travel and wage expenses that Ty has incurred in dealing with Suzhou Young Chang's willful violation of the contract and the express warranties that it made to Ty; the expenses that Ty must incur in "covering" by procuring substitute goods; and punitive damages for Suzhou Young Chang's fraudulent statements.

## PARTIES

3.      Plaintiff Ty is a Delaware corporation with its principal place of business in Westmont, Illinois.  Ty is a leading manufacturer of plush toys and dolls.

4.      Defendant Suzhou Young Chang is, on information and belief, a Chinese corporation with its principal place of business in Suzhou, China.  Suzhou Young Chang is a wholesale manufacturer of toys, including plush toys.

## JURISDICTION AND VENUE

5.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (diversity).

6.      The amount in controversy, without interest and costs, exceeds $75,000.

7.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(a), (c) and (d) because:

(a)      A substantial part of the events giving rise to this claim occurred in this District;

(b)      Defendant Suzhou Young Chang is deemed to reside in this District because it is subject to personal jurisdiction in Illinois pursuant to 735 ILCS 5/2-209(a)(1), (a)(2), (a)(7) and (b)(4); and

(c)      By hiring counsel in this District and threatening to file a collection lawsuit here in connection with the goods for which Ty has refused payment, Suzhou Young Chang has shown its willingness to avail itself of the privileges and protections of Illinois law and of the courts of this District.  A true and correct copy of a payment demand letter from Peter K. Lee, Illinois counsel to Suzhou Young Chang, to Scott Wehrs, and a

June 27, 2008 letter from S. J. Hwang to H. Ty Warner and Scott Wehrs are attached hereto as Exhibit 1.

## FACTS

8.    Ty is the creator of numerous, extraordinarily successful plush toy products.

9.    Ty sells a line of plush dolls under and in connection with the trademark TY GIRLZ.  As part of the TY GIRLZ line of plush toy products, Ty has developed plush toy dolls named BUBBLY BRITNEY, SIZZLIN SUE, CUTE CANDY, and LUCKY LINDSAY.

10.    Pursuant to an agreement dated February 26th, 2007 between Ty and a Korean company called Unofiber Co., Ltd. ("Unofiber"), Ty agreed to purchase PVC fibers used in the manufacture of doll hair exclusively from Unofiber's Korean factories.

11.    Under the Unofiber agreement, the hair to be used in the manufacture of BUBBLY BRITNEY, SIZZLIN SUE, CUTE CANDY, and LUCKY LINDSAY was thus required to be made exclusively of PVC fibers manufactured for Ty by Unofiber.

12.    On or about March 18, 2008, Ty reached an agreement with Suzhou Young Chang to manufacture BUBBLY BRITNEY, SIZZLIN SUE, CUTE CANDY, and LUCKY LINDSAY.  Suzhou Young Chang's president, S. J. Hwang, promised to Ty that his factory would manufacture the dolls according to and in compliance with Ty's high standards, and that Suzhou Young Chang would exclusively use the PVC fibers manufactured by Unofiber in the hair of the dolls that it would make for Ty.

13.    Ty's Chief Operating Officer, Scott Wehrs, trusted Hwang's promises. Wehrs told Ty's Chairman, Ty Warner, that Ty should trust Hwang and Suzhou Young

Chang and that Ty should pay for two containers of dolls in advance. Mr. Wehrs also spoke with Mr. John Kim, the President of Unofiber, and told him to trust Hwang and Suzhou Young Chang, and to allow Suzhou Young Chang to extend its payment terms for the PVC fiber that Suzhou Young Chang needed for the hair for the plush dolls that it would manufacture for Ty. A true and correct copy of Scott Wehr's email to S. J. Hwang is attached hereto as Exhibit 2.

14.    On an inspection trip to the Suzhou Young Chang factory, Ty employee Anna Passadori noticed that some of the hair on the dolls looked to be the wrong color. Despite a lack of candor from the Suzhou Young Chang employees who accompanied her, Passadori persisted in her investigation and found boxes of hair that were made in China rather than Korea. Only after repeated questioning did the Suzhou Young Chang employees finally admit to her that the hair was "not correct" and that they used Chinese hair that had been previously used on a different doll to save money. A true and correct copy of an email string including an email dated April 9, 2008 from Anna Passadori to Robert Wuescher and Scott Wehrs is attached hereto as Exhibit 3.

15.    In addition to its use of unauthorized hair instead of the hair manufactured in Korea by Unofiber, Suzhou Young Chang was unable to meet the required level of quality in the sample dolls that Passadori examined, all of which contained an unacceptable level of variation in size, shape, detail work, and amount of stuffing. (*See id*.)

16.    Three weeks later, on April 29, 2008 at 3:50 p.m., D.S. Shin of Suzhou Young Chang sent Scott Wehrs an email urgently requesting money, and promising that the quality of the first two containers that Suzhou Young Chang had already shipped to

Ty, and the third container that was on the way, was good.  A true and correct copy of an email string including this email is attached hereto as Exhibit 4.

17.    In a later email in the same string, on May 5, 2008 at 9:51, Scott Wehrs responded to Messrs. Hwang and Shin that, despite their promises of good quality, the hair on the dolls in the first two containers did not match the previous production, and that Chinese hair must have been mixed with the Unofiber hair because Suzhou Young Chang had not ordered enough hair from Unofiber for two containers of dolls.  (*See* email dated May 5, 2008 at 9:51, Ex. 4.)

18.    Testing by Unofiber confirmed that the hair samples that Ty had sent to it were different from Unofiber hair in color and texture, that the hair pulled out of the dolls' heads easily, and that its low quality would be likely to damage Ty's reputation.  A true and correct copy of the email correspondence between Scott Wehrs and John Kim of Unofiber reflecting Unofiber's test results is attached hereto as Exhibit 5.

19.    On May 6, 2008 at 5:59 a.m., only after he had received the May 5, 2008 email from Scott Wehrs and another email from Wehrs stating that Wehrs had sent the hair samples to Mr. Kim of Unofiber, did Hwang finally admit that Suzhou Young Chang had sent Ty two containers of dolls that did not use the Unofiber hair that Hwang had promised to use.  In the email, Hwang apologized for the deception.  True and correct copies of the May 6 email correspondence between S.J. Hwang and Scott Wehrs and the May 8, 2008 email from Hwang to Wehrs, both containing Hwang's admissions, and a June 16, 2008 email from Zhou Wenjun to Ty Warner telling Warner not to pay Hwang because Hwang will take the money, not return to China, and not pay his suppliers are attached hereto as Exhibit 6.

20.     In response, Scott Wehrs told Hwang that Hwang had lied to him when Hwang promised that there was no Chinese fiber used in the Ty Girlz; that he could not trust Hwang and Suzhou Young Chang; that the deception had caused serious problems for Ty; that the two containers of dolls could not be sold because the hair fiber was not made by Unofiber; and that Ty could no longer do business with Suzhou Young Chang. (*See* Ex. 2.)

### COUNT I: BREACH OF CONTRACT

21.     Ty repeats and realleges the allegations of Paragraphs 1 through 20 with the same force and effect as if stated herein.

22.     As of March 18, 2008, a valid and enforceable contract existed between Ty and Suzhou Young Chang which required Suzhou Young Chang to manufacture certain plush dolls known as TY GIRLZ according to certain design specifications, one of which was that the hair for the dolls had to be manufactured by Unofiber of Korea.

23.     In exchange, Ty would pay Suzhou Young Chang for said product.

24.     Suzhou Young Chang knew that Ty relied upon it to manufacture high-quality dolls that met Ty's specifications, including the specification to use the hair fiber made by Unofiber, so that Ty could sell the dolls to the public.

25.     Ty substantially performed its obligations under the contract.  It paid for two containers of dolls in advance.  Ty rightfully rejected the non-conforming goods under the Uniform Commercial Code as enacted in Illinois, 810 ILCS 5/2-101 *et seq*.

26.     Suzhou Young Chang materially breached the contract under common law and under the Uniform Commercial Code as enacted in Illinois, 810 ILCS 5/2-101 *et seq*.

27.    Suzhou Young Chang's breach of the contract caused Ty substantial damages, including: the cost of the product for which it has paid; the costs for shipping, inspection, and destruction of the product that it has received; the travel and wage expenses that Ty has incurred in dealing with Suzhou Young Chang's willful violation of the contract; and the expenses that Ty must incur in "covering" by procuring substitute goods.

## COUNT II: BREACH OF ORAL CONTRACT

28.    Ty repeats and realleges the allegations of Paragraphs 1 through 27 with the same force and effect as if stated herein.  This count is pled as an alternative basis for recovery.

29.    On or about March 18, 2008, for valuable consideration, the parties entered into an oral agreement whereby Suzhou Young Chang agreed to manufacture certain plush dolls known as TY GIRLZ according to certain design specifications, one of which was that the hair for the dolls had to be manufactured by Unofiber of Korea.

30.    In exchange, Ty would pay Suzhou Young Chang for said product.

31.    Suzhou Young Chang knew that Ty relied upon it to manufacture high-quality dolls that met Ty's specifications, including the specification to use the hair fiber made by Unofiber, so that Ty could sell the dolls to the public.

32.    Ty substantially performed its obligations under the oral contract.  It rightfully rejected the non-conforming goods under the Uniform Commercial Code as enacted in Illinois, 810 ILCS 5/2-101 *et seq*.

33.    Suzhou Young Chang materially breached the oral contract under common law and under the Uniform Commercial Code as enacted in Illinois, 810 ILCS 5/2-101 *et seq*.

34.    Suzhou Young Chang's breach of the oral contract caused Ty substantial damages, including: the cost of the product for which it has paid; the costs for shipping, inspection, and destruction of the product that it has received; the travel and wage expenses that Ty has incurred in dealing with Suzhou Young Chang's willful violation of the oral contract; and the expenses that Ty must incur in "covering" by procuring substitute goods.

<u>**COUNT III: BREACH OF EXPRESS WARRANTIES**</u>

35.    Ty repeats and realleges the allegations of Paragraphs 1 through 34 with the same force and effect as if stated herein.

36.    Suzhou Young Chang knew that Ty intended to sell its TY GIRLZ dolls if the dolls met Ty's particular specifications, including that the dolls contained only hair fiber manufactured by Unofiber.

37.    Suzhou Young Chang repeatedly gave express oral warranties that the TY GIRLZ that it would manufacture would meet Ty's design specifications, one of which was that the hair for the dolls had to be manufactured by Unofiber of Korea.

38.    Suzhou Young Chang breached those warranties, under common law and under the Uniform Commercial Code as enacted in Illinois, 810 ILCS 5/2-101 *et seq*., by failing to supply Ty with dolls that met Ty's design specifications, including the specification that the dolls only contain hair fiber manufactured by Unofiber.

39.     Ty notified Suzhou Young Chang of its breach within a reasonable time after it discussed the materially defective and non-conforming dolls that Suzhou Young Chang had supplied with full knowledge of the dolls' defects.

40.     Suzhou Young Chang knew of the importance of its warranties to Ty and the substantial damages that Ty would incur if Suzhou Young Chang breached those warranties.

41.     Suzhou Young Chang's breach of its express warranties caused Ty substantial damages, including: the cost of the product for which it has paid; the costs for shipping, inspection, and destruction of the product that it has received; the travel and wage expenses that Ty has incurred in dealing with Suzhou Young Chang's willful violation of the warranties; and the expenses that Ty must incur in "covering" by procuring substitute goods.

## COUNT IV: FRAUD

42.     Ty repeats and realleges the allegations of Paragraphs 1 through 41 with the same force and effect as if stated herein.

43.     S.J. Hwang promised Ty that Suzhou Young Chang would manufacture TY GIRLZ dolls in accordance with Ty's specifications, including the specification that Suzhou Young Chang would only use hair fiber made by Unofiber on the dolls' heads. During the manufacturing process, Suzhou Young Chang employees told Ty representative Anna Passadori that the dolls were made correctly. When the dolls were shipped to America, S. J. Hwang promised Scott Wehrs that the dolls were made correctly.

44.    These statements were false.  They were misrepresentations of material fact that were untrue, and S. J. Hwang and the Suzhou Young Chang employees that made these misrepresentations knew that they were untrue.

45.    These misrepresentations were made for the purpose of influencing Ty to accept and pay for the shipments of TY GIRLZ that Suzhou Young Chang had made and were making.

46.    Scott Wehrs and Ty believed the misrepresentations of Hwang and Suzhou Young Chang and acted in reliance upon them.

47.    Ty's reliance upon the material misrepresentations of Hwang and Suzhou Young Chang directly led to Ty's injury.


WHEREFORE, Plaintiff Ty Inc. prays that judgment be entered in its favor and against Defendant Suzhou Young Chang Plastic Products Co., Ltd.  Ty seeks damages relating to: the cost of the product for which it has paid; the costs for shipping, inspection, and destruction of the product that it has received; the travel and wage expenses that Ty has incurred in dealing with Suzhou Young Chang's willful violation of the contract; the expenses that Ty must incur in "covering" by procuring substitute goods, and punitive damages for Suzhou Young Chang's fraudulent statements, in an amount in excess of the jurisdictional amount, or for whatever amount is just and proper.

## JURY DEMAND

Ty further requests a trial by jury on all issues so triable.

Respectfully submitted,

TY INC.

By:     /s/ Gregory J. Scandaglia
        One of Its Attorneys

Gregory J. Scandaglia (#6195144)
Scott E. Rogers (#6237984)
John B. Thornton (#6278596)
SCANDAGLIA & RYAN
55 East Monroe Street, Suite 3930
Chicago, IL  60603
(312) 580-2020

08CV4217
JUDGE LINDBERG
MAG. JUDGE COX
J. N.

# EXHIBIT 1

## PETER K. LEE & ASSOCIATES

ATTORNEYS AT LAW
5757 N. Lincoln Ave., Suite20
Chicago, IL 60659
——————————
TELEPHONE:(773)334-8400
FACSIMILE: (773)907-8870
E-Mail: law5757@hotmail.com

PETER K. LEE

OF COUNSEL

MORMAN HANFLING

DOWNTOWN OFFICE

208 SOUTH LA SALLE, SUITE 1400
CHICAGO, ILLINOIS 60604
TELEPHONE (312) 641-3305
FACSIMILE (312) 263-3416

July 9, 2008

Mr. Scott Wehrs
Chief Operating Officer
Ty, Inc.
280 Chestnut Ave.
Westmont, IL 60559

Re:    Demand for Payment
       Suzhou Young Chang Plastic Products Co., Ltd.

Dear Mr. Wehrs:

Please be advised that the undersigned represents Suzhou Young Chang Plastic Products Co., Ltd., regarding unpaid transactions between your company and my client.

According to my client, your company owes my client the following amounts:

| | |
|---|---|
| Invoice TY040108-1 | 157,132.80 |
| Invoice TY040108-2 | 157,132.80 |
| Invoice TY040108-C | 60,710.40 |

Furthermore, there are additional products manufactured by my client and waiting for shipment pursuant to your existing purchase order as follows:

| | |
|---|---|
| Purchase order TY040108 | 157,132.80 |
| For United Kingdom | 23,808.00 |
| For Singapore | 2,142.72 |
| For Japan | 803.52 |

The grand total amount is $558,863.04, which sum my client is demanding payment. I understand that your company have had correspondence with my client claiming that certain of the products were "manufactured with unauthorized materials". My client rejects said claim and denies any such agreement to use certain authorized materials. In fact my client has used basically same materials for the old design items as well as the more recent new design items. Further, your employees Bob and Anna were present at my client's factory in China during the production of said products to check on quality and materials used. You also visited my client's factory in April, 2008 to check on production. Therefore, my client can only conclude that the real reasons for rejecting the products have nothing to do with my client.

Demand is hereby made for immediate payment of $558,863.04 within 10 days hereof. In the event that said payment is not received at my office, suit will be filed in

the court of appropriate jurisdiction seeking all available remedies and costs. I would suggest payment in full in an effort to avoid added expense that litigation will entail.

Please do not hesitate to contact the undersigned should you have any questions regarding this matter. This is an attempt to collect a debt.

Very truly yours,

Peter K. Lee
PKL/ms

# *Suzhou Young Chang Plastic Products Co.,Ltd*

▪ June 27, 2008

TO :   TY Inc.                    ATTN : Mr. H Ty Warner, Mr. Scott Wehrs.

Thanks for the business with us for the last two years!
This is the official notice to TY INC. from Suzhou Young Chang Plastic Products Co., Ltd.

1.  For the old items (Invoice #TY04018-1), we haven't received any official claim from TY Inc. yet. If TY send an official claim, we'll review the claim and response within 7 days. If there is no official claim from TY Inc. by 6-30-2008, we will consider that there is no claim from TY Inc.

2.  Regardless of the old items (Invoice #TY04018-1), TY Inc. has a responsibility for the payment on the new items for USA (Invoice #TY04018-2) and Canada (Invoice #TY04018-C). If TY Inc. doesn't make a payment or send us a reasonable payment schedule by 6-30-2008, we will start the legal process in USA and China.

3.  We have made several offers to TY Inc. about the old items and the new items mentioned above. All the previous offers won't be valid from this point since TY Inc. hasn't responded to us until now.

Thanks.

Sincerely,

S.J. Hwang.

08CV4217
JUDGE LINDBERG
MAG. JUDGE COX
J. N.

# EXHIBIT 2

## Scott Wehrs (TY)

| | |
|---|---|
| **From:** | Scott Wehrs (TY) |
| **Sent:** | Wednesday, May 07, 2008 3:54 PM |
| **To:** | 'yj' |
| **Cc:** | Cathy Gouwens (TY); Debbie Dollinger (TY-Procurement); Robert Wuescher (TY-Creative); Anna Passadori (TY-Creative); Michael Wienski (TY-Forecasting) |

**Subject:** RE: Urgently

I trusted you and believed you when you told me that there was no Chinese hair fiber used in our Ty Girlz.

You have lied to me and I have made a fool out of myself. I told Mr. Warner to trust you and loan you money. I told Mr. Warner that we should help you and pay for containers in advance. I spoke with Mr. Kim at Unofiber and told him to trust you and allow you to extend your payment terms. I told Mr. Kim that the only hair fiber used on the Ty Girlz was from Unofiber.

You have created some very serious problems for me and Mr. Warner. How can I do business with you when I cannot trust you. I told you we must use Unofiber hair unless Mr. Warner asks that you change the hair. I told you that I have a contract with Unofiber to only use their hair fiber. I cannot sell the two containers that I received because the hair fiber is not Unofiber.

I can no longer do business with you.

I must request that you ship all remaining hang tags to my attention. I will pay for the hangtags, please let me know the cost.

I am so disappointed. I do not know why you lied to me - I tried so hard to help·you.

Scott Wehrs
COO
Ty Inc.
P. 630-455-7716
F. 630-920-1652
www.ty.com
www.tygirlz.com

---

**From:** yj [mailto:yc_toyworld@hotmail.com]
**Sent:** Wednesday, May 07, 2008 5:21 AM
**To:** Scott Wehrs (TY); Cathy Gouwens (TY); Debbie Dollinger (TY-Procurement); Robert Wuescher (TY-Creative); Anna Passadori (TY-Creative); Michael Wienski (TY-Forecasting)
**Subject:** Urgently

Hello Scott

How's everything going?

1. Did you get our email yesterday? What are you gong to do with it? Please reply to us.

2. What's your perspective about our factory's future, Cooperation or no cooperation? Are you going

6/27/2008

to give us new orders. Please tell us exactly.

3. We know you are waiting for the test result. However, the time is too long for us. We have to pay the workers, other factories and parts of the materials. In our instant the money for the 2 containers is very very urgent now. We think, if there's any problem in the test we can fix it in the next cooperation by consulting. But please give us the money first please. Urgently!!

Thank you!


Best regards

S.J.Hwang


6/27/2008

08CV4217
JUDGE LINDBERG
MAG. JUDGE COX
J. N.

# EXHIBIT 3

**Cathy Gouwens (TY)**

| | |
|---|---|
| **From:** | Anna Passadori (TY-Creative) |
| **Sent:** | Thursday, April 10, 2008 3:25 AM |
| **To:** | Scott Wehrs (TY) |
| **Cc:** | Tony Kola (TY-Creative); Cathy Gouwens (TY); Katy; Karen George (TY-Creative); Robert Wuescher (TY-Creative) |
| **Subject:** | RE: Suzhou China Update 4-9-08 |

Hi Scott
I went to the factory today and reviewed outstanding issues with Bob. Signed QC samples, and showed Bob where the old hair is stored and gave him a list of the correct swatch numbers for cross checking.

Thanks
Anna
sent via wireless device

-----Original Message-----
From:    Scott Wehrs (TY)
Sent: Wednesday, April 09, 2008 12:47 PM Central Standard Time
To:   Anna Passadori (TY-Creative)
Cc:   Tony Kola (TY-Creative); Cathy Gouwens (TY); Katy; Karen George (TY-Creative);
Robert Wuescher (TY-Creative)
Subject:    RE: Suzhou China Update 4-9-08

Option 1 on the ear ring is approved.

I am very concerned that out of ten of each doll none were the same including the embroidery.  What do you think will happen when you leave the
Factory?  We do not want to accept any production that isn't correct.  On Lily's hair - I would anticipate that they have weaved a lot of the hair together.  We need to make sure they do not use Sue's hair on Lily and that they do not ship the ones they have made with Sue's hair.

Bob has told me that he can stay through Monday to see final production going into bags. Please get Bob up to speed before you leave.

SW

-----Original Message-----
From: Anna Passadori (TY-Creative)
Sent: Wednesday, April 09, 2008 9:59 AM
To: Robert Wuescher (TY-Creative); Scott Wehrs (TY)
Cc: Tony Kola (TY-Creative); Cathy Gouwens (TY); Katy; Karen George (TY-Creative)
Subject: Suzhou China Update 4-9-08

Hi Scott

1) Urgent: Please review the star earring Option 1 attached and let me know if we can use this style for production. It is the same size as the old star earring. I know you didn't want Option 2 & 3 but I thought you might like to see them on the doll.

2) Today I pushed them to complete the QC samples. They made about ten of each and I picked the best six. All the faces vary in size, shape and amount of stuffing. This seems to be an issue they cannot surpass. This also holds true with the face embroidery. For instance the deepness of the crease between the two lips varies from doll to doll.

3) They told me they could make one dozen samples of each doll to Chicago by Friday. The second dozen will be done next week.

4) On April 11th they will start poly bagging and packing Taylor and Ashley. On the 14th

1

5) When I toured the factory I noticed Lily's pink hair was very bright. I asked them about it and they said it fine. I thought maybe the bright fluorescent lights were making it look brighter. However, when I compared it to the original sample it was not the same color. I asked them many times why it was not the same. They didn't answer me and just said they were discussing it. It wasn't until I kept bugging them about it that they admitted it was not correct, and they would show me the correct one tomorrow. I said I wanted to see it right now so they reluctantly took me to the storage room. After lots of debate they admitted that the correct pink color only arrived today and that the materials person was trying to save money by using the old color from a previous doll. They tell me they have made 1000 dolls already with this color hair. I told them do not ship us the dolls with the wrong color hair.

6) I found some boxes of hair in the back of the warehouse that did not look like the others. Please see if someone can translate the Shipper info in the attached pictures to see whom it is from.

7) See attached example of instructions at end of line. The QC dolls were not out there yet, so I will get better photos tomorrow.

Thanks
Anna





08CV4217
JUDGE LINDBERG
MAG. JUDGE COX
J. N.

# EXHIBIT 4

Subject: RE: Wire transfer
Date: Mon, 5 May 2008 09:51:02 -0500
From: scott@ty.com
To: yc_toyworld@hotmail.com
CC: DDolling@tymail.com; CGouwens@tymail.com; apassadori@tymail.com; bwuescher@tymail.com;
MWienski@tymail.com

Dear Mr. Hwang and Mr. Shin

On Friday of last week I reviewed the first two containers of Ty Girlz that we ordered directly from you. I thought that this would be a very fast review and did not expect any problems with the Girlz. I found that the hair on the dolls is a different color than what we have made in the past. I spent my entire day on Friday at our warehouse reviewing the Girlz.

I have sent the dolls to be tested and compared with our previous production.

I am not able to wire you any money or submit another purchase order until I know that the hair fiber used on the Girlz is from Unofiber. I am very concerned that there may have been another fiber mixed with the Unofiber hair. Based on the amount of hair fiber ordered from Unofiber for past production it seems impossible that you would have had enough fiber for the two containers we just received.

I am sorry that I must question the fiber used on these dolls as I know you have promised me that you only used Unofiber hair. The hair I found on the dolls looks and feels like the Chinese hair.

I will let you know as soon as I receive the results of the tests.

Scott Wehrs
COO
Ty Inc.
P. 630-455-7716
F. 630-920-1652
www.ty.com
www.tygirlz.com

**From:** jin [mailto:yc_toyworld@hotmail.com]
**Sent:** Friday, May 02, 2008 8:55 PM
**To:** Scott Wehrs (TY); Debbie Dollinger (TY-Procurement)
**Subject:** Re: Wire transfer

-

Dear SCOTT & DEBBIE
How are You.
I sending the e-mail because hear nothing the progress of work.
I'm anxious to hear from you . I must know about the progress of work before the day is out.
Please,sending the immformation.
S.J.HWANG .D.S SHIN

**From:** Scott Wehrs (TY)
**Sent:** Wednesday, April 30, 2008 6:25 AM
**To:** yc_toyworld@hotmail.com
**Cc:** Cathy Gouwens (TY) ; Debbie Dollinger (TY-Procurement) ; Michael Wienski (TY-Forecasting) ; Robert Wuescher (TY-Creative) ; Anna Passadori (TY-Creative)
**Subject:** RE: Wire transfer

I understand your situation and I know you are having a difficult time with money. I also am

5/6/2008

having a difficult time as I am responsible for this business and for Mr. Warner's money. I must have the opportunity to review the product in the first two containers. I will promise that I will do this very quickly. If I receive the containers on Friday morning I can review the product the same day and wire you the money before the end of our business day on Friday.

We were prepared to send out the wire yesterday but when Mr. Warner saw all the problems with the current production he was very worried.

The only option I have is to review the quality of the two containers that I should receive on Friday. Once my review is complete I can wire you the money for the container you shipped when I was there and I can wire you the money for the container that you are shipping today.


Scott Wehrs
COO
Ty Inc.
P. 630-455-7716
F. 630-920-1652
www.ty.com
www.tygirlz.com


**From:** 황순철 [mailto:yc_toyworld@hotmail.com]
**Sent:** Tuesday, April 29, 2008 3:50 PM
**To:** Scott Wehrs (TY)
**Subject:** RE: Wire transfer


Hello Mr. Scott.

I'm sorry about your situation now. And we understand your meaning. We can promise the good quality of the first two containers and also the one on the way.  We have tried our best to fix the delayed container . Bob and Anna know about it. And they said they were pretty better now. We can take the responsibility of the quality. However, the biggest problem for us is the wire transfer. When you were in China we have told you the situation of our factory now. Before we take the responsibility for the quality problem can you help us to get through the tough time? We really need the money for Invoice No TY040108-1 urgently,please. Thank you!
Still looking forward to your reply now!


Best regards
D.S.Shin


Subject: RE: Wire transfer
Date: Tue, 29 Apr 2008 14:48:29 -0500
From: scott@ty.com
To: yc_toyworld@hotmail.com
CC: MWienski@tymail.com; DDolling@tymail.com; bwuescher@tymail.com; apassadori@tymail.com;

5/6/2008

CGouwens@tymail.com

Hello Mr. Shin.

I apologize for the delay in getting back with you.

I am caught in the middle of a very difficult situation.  Let me explain:

The first two containers that you shipped to us without PPC World involved have not been delivered to us yet.  American customs agents inspected the containers and caused the containers to be delayed.  I expect to receive them on Friday of this week.  I am very concerned about the quality of the product in these two containers as Bob and Anna have sent me pictures of poor quality on the current Ty Girlz.  I do not know how quality can go down so quickly.  When I was there the quality was good.  When I left the quality was bad.

Mr. Warner is very concerned that the first two containers that he has already paid for will be bad quality.  Please tell me if the quality is good on the first two containers.

It is very difficult to have our people there all the time to watch and make sure the quality is good. I am being questioned as to the quality of the Girlz that I reviewed.  Mr. Warner is not happy with me right now and I am in a difficult situation.

I am also very concerned about the delay in the current container due to quality issues.  I cannot afford any delays.  Mr. Warner again is upset with me as we will not have our inventory on time. These shipments are the most important shipments as they contain the new designed Ty Girlz.

Please reply with your guarantee that the product in the first two containers is good quality.

Thank you

Scott Wehrs
COO
Ty Inc.
P. 630-455-7716
F. 630-920-1652
www.ty.com
www.tygirlz.com

**From:** 황순철 [mailto:yc_toyworld@hotmail.com]
**Sent:** Tuesday, April 29, 2008 11:25 AM
**To:** Scott Wehrs (TY); Michael Wienski (TY-Forecasting); Debbie Dollinger (TY-Procurement)
**Subject:** Wire transfer

Dear Scott & Michael & Debbie

Urgently!!
We will have a short holiday from May 1st to 4th, so can you send us the wire transfer for Invoice No TY040108-1 today please. Thank you. Just let us know whether you can give us the money at the end of this month so that we can know how to do next.
Please reply us as soon as possible. We are still waiting. Thank you!

Best regards

5/6/2008

08CV4217
JUDGE LINDBERG
MAG. JUDGE COX
J. N.

# EXHIBIT 5

**Cathy Gouwens (TY)**

| | |
|---|---|
| **From:** | unofiber [uno@unon.co.kr] |
| **Sent:** | Tuesday, May 06, 2008 4:30 AM |
| **To:** | Scott Wehrs (TY) |
| **Subject:** | Re: SAMPLE |
| **Attachments:** | contrast of color(doll's hair).xls |

Dear Scott Wehrs

I received your samples today.
(Bubbly Britney, Sizzlin sue, Cute candy, Lucky Lindsay – 3EA each)
First at all, I checked 'Colors' and 'Cross Sections' of Hair.
I guess Pale Blonde hair of Bubbly Britney and Yellow, Pink and Blue hair of Cute candy are
not Uno's Hair color. Also Cross sections are different from Uno's hair slightly. Please find
attached file for checking result
I will send other test result as soon as possible
I have found during my checking that hairs are pulled out easily and touch of hair is harsh,
when it is combed.
I am not sure but it might damage to TY's reputation by quality of dolls.
Thanks

Best regards
John Kim

----- Original Message -----
**From:** Scott Wehrs (TY)
**To:** unofiber
**Cc:** Cathy Gouwens (TY)
**Sent:** Monday, May 05, 2008 10:39 PM
**Subject:** RE: SAMPLE

Hello Mr. Kim. It was good to see you in Seoul.

I sent samples of the dolls to you on Friday. Please let me know what you find.

Thank you

Scott

Scott Wehrs
COO
Ty Inc.
P. 630-455-7716
F. 630-920-1652
www.ty.com
www.tygirlz.com

**From:** unofiber [mailto:uno@unon.co.kr]
**Sent:** Friday, May 02, 2008 2:52 AM
**To:** Scott Wehrs (TY)
**Subject:** SAMPLE

Dear Scott Wehrs

How are you?
I was glad to meet you in Seoul.
Please let me know when you send the sample of Doll.
I am waiting for your sample.
Thanks

Thank you & Best Regards

UNO & COMPANY LTD.
John Kim
**********************************************************************
This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom they
are addressed. If you have received this email in error please notify
the system manager.
This footnote also confirms that this email message has been swept by
MIMEsweeper for the presence of computer viruses.
**********************************************************************

Contrast of Color

| SAMPLE | ITEM | COLOR | CONTRAST OF COLOR |
|--------|------|-------|-------------------|
| A | BUBBLY BRITNEY | PALE BLONDE | × |
| B | BUBBLY BRITNEY | PALE BLONDE | × |
| C | BUBBLY BRITNEY | PALE BLONDE | × |
| D | SIZZLIN SUE | PINK | O |
| E | SIZZLIN SUE | PINK | O |
| F | SIZZLIN SUE | PINK | O |
| G | CUTE CANDY | YELLOW | × |
| | | PINK | × |
| | | BLUE | × |
| | | PURPLE | O |
| | | RUST | O |
| H | CUTE CANDY | YELLOW | × |
| | | PINK | × |
| | | BLUE | × |
| | | PURPLE | O |
| | | RUST | O |
| I | CUTE CANDY | YELLOW | × |
| | | PINK | × |
| | | BLUE | × |
| | | PURPLE | O |
| | | RUST | O |
| J | LUCKY LINDSAY | BROWN | O |
| | | ORANGE | O |
| K | LUCKY LINDSAY | BROWN | O |
| | | ORANGE | O |
| L | LUCKY LINDSAY | BROWN | O |
| | | ORANGE | O |

***    X : It is not Uno's Color

O : it is Uno's Color

08CV4217
JUDGE LINDBERG
MAG. JUDGE COX
J. N.

# EXHIBIT 6

**Cathy Gouwens (TY)**

| | |
|---|---|
| **From:** | yj [yc_toyworld@hotmail.com] |
| **Sent:** | Tuesday, May 06, 2008 5:59 AM |
| **To:** | Scott Wehrs (TY) |
| **Subject:** | Re: Wire transfer |

Dear Scott

You asked us if we used any other hair fibers on these Girlz.

To be frank, we didn't use the Unofiber  hair for the 2 containers. But the hairs we used have all passed the tests.

We've told you what you want to know. So what should we do next now?

Sorry! Looking forward to your reply!

Best regards
S.J.Hwang

**From:** Scott Wehrs (TY)
**Sent:** Tuesday, May 06, 2008 4:10 AM
**To:** yc_toyworld@hotmail.com
**Cc:** Debbie Dollinger (TY-Procurement) ; Cathy Gouwens (TY) ; Anna Passadori (TY-Creative) ; Robert Wuescher (TY-Creative) ; Michael Wienski (TY-Forecasting)
**Subject:** RE: Wire transfer

I had to send the dolls to Unofiber.

When I met with Mr. Kim from Unofiber in Seoul he was aware that I had went to a Chinese hair manufacturer with you.  Someone in your factory gave this information to PPC.  Mr. Kim was very upset with me.  I told him that you had not used the Chinese hair because we had a contract with him.  He asked that I send him the Girlz samples so he could check the hair.  He showed me the shipping schedules and told me that it was impossible for you to have enough hair fiber left over for 2 containers.  I sent the samples to Mr. Kim on Friday.  I do not know how long it will take to test the hair.

Please tell me if you used any other hair fibers on these Girlz.

Scott Wehrs
COO
Ty Inc.
P. 630-455-7716
F. 630-920-1652
www.ty.com
www.tygirlz.com

**From:** 황순철 [mailto:yc_toyworld@hotmail.com]
**Sent:** Monday, May 05, 2008 3:02 PM
**To:** Scott Wehrs (TY)

5/6/2008

## Scott Wehrs (TY)

**From:** Judy [yc_toyworld@hotmail.com]
**Sent:** Thursday, May 08, 2008 5:28 AM
**To:** Scott Wehrs (TY); Scott Wehrs (TY)
**Subject:** TURE

Dear Mr.Scott.

I feel really sorry to you and Mr. TY WARNER

I will make work be not after.

Give an opportunity again.

Then, I will work as is true.
Best Regards
S.J HWANG


Edie Liu
Tel: 0086-512-65025632
Suzhou Young Chang Plastic Products Co;ltd
Address: No.3,Songnan Village,Luzhi,Suzhou,Of China
Postal Code: 215127

**Scott Wehrs (TY)**

| | |
|---|---|
| **From:** | Robert Wuescher (TY-Creative) |
| **Sent:** | Tuesday, June 17, 2008 5:53 AM |
| **To:** | Katy |
| **Cc:** | Scott Wehrs (TY) |
| **Subject:** | FW: The Letter To Mr.Warner From Mr.Zhou |

?TY??????.doc (24 KB)

Hi Ty,
Mr. Zhou from the Suzhou embroidery factory sent Judy a Chinese letter he wanted you to see. Judy translted the letter below.
Regards,
Bob

-----Original Message-----
From:    Judy Yang (TY-Creative)
Sent: Monday, June 16, 2008 02:11 PM Central Standard Time
To:   Robert Wuescher (TY-Creative)
Subject:   The Letter To Mr.Warner From Mr.Zhou

The whole translation is as below:

Dear Mr. Warner,

How are you doing?

This is Mr. Zhou from Suzhou Embroidery factory. Haven't seen you for a long time, I miss you a lot.  How is everything getting along with you? I wonder when you will return to China, so we could have chance to talk and taste Chinese cuisine again. If my next Feb. is not so busy, I hope that I can participate your New York Toy Fair show and visit you by the way.

Do you know the current situation of those two factories, Young Chang and Young Je? Mr. Huang, his son and his two Korean managers are not in China any more. I heard from Mr. Shin saying that Mr. Huang has left for Chicago. Please don't give them any money. Because once he takes the money, he will never come back to China, neither even think about paying his suppliers. If you do pay them, can you please keep my 410,000 RMB for our embroidery factory.  When we see each other in the near future, I would like you to help me decide how to use this money. Thank you very much!

Best Regards!

Your Chinese Friend: Zhou Wenjun

6.15.2008

1