## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

TY INC. v. SUZHOU YOUNG CHANG PLASTIC PRODUCTS CO., LTD.

Case Number:

FILED STAMP: JULY 24, 2008
08CV4217
JUDGE LINDBERG
MAG. JUDGE COX
J. N.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ty Inc.

| | |
|---|---|
| NAME (Type or print)<br>Scott E. Rogers | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Scott E. Rogers | |
| FIRM<br>Scandaglia & Ryan | |
| STREET ADDRESS<br>55 East Monroe, Ste. 3930 | |
| CITY/STATE/ZIP<br>Chicago, IL  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6237984 | TELEPHONE NUMBER<br>312-580-2020 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐    NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐    NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐    NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐