IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TY INC., | ) | |
| | ) | FILED STAMP: JULY 24, 2008 |
| Plaintiff, | ) | 08CV4217 |
| | ) | |
| v. | ) No. | JUDGE LINDBERG |
| | ) | MAG. JUDGE COX |
| SUZHOU YOUNG CHANG | ) | J. N. |
| PLASTIC PRODUCTS CO., LTD., | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |
| | ) | |

## TY INC.'S DISCLOSURE OF CORPORATE AFFILIATES

Plaintiff, Ty Inc., by its attorneys and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, hereby states as follows:

1. Plaintiff is a Delaware corporation.

2. H. Ty Warner, an individual, owns 100% of the stock of Plaintiff.

3. There is no publicly held corporation that owns 10% or more of Plaintiff's stock.

Dated: July 24, 2008        TY INC.

/s/ Gregory J. Scandaglia
Gregory J. Scandaglia
Scott E. Rogers
John B. Thornton
SCANDAGLIA & RYAN
55 East Monroe Street, Suite 3930
Chicago, IL  60603
(312) 580-2020