## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV4217         Assigned/Issued By: J. N.

Judge Name:                    Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____         Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*
☐ Writ _____         ☐ Other
       *(Type of Writ)*                _____
                                       _____
                                       *(Type of issuance)*

1  Original and  0  copies on  7/25/08  as to  DEFENDANT
                              *(Date)*