AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TY INC.

| | |
|---|---|
| | CASE NUMBER: 08 CV 4217 |
| V. | ASSIGNED JUDGE: Judge George W. Lindberg |
| SUZHOU YOUNG CHANG PLASTIC PRODUCTS CO., LTD. | DESIGNATED MAGISTRATE JUDGE: Judge Susan E. Cox |

TO: (Name and address of Defendant)

Suzhou Young Chang Plastic Products Co., Ltd.
No. 3 Songham Village
Luzhi Town, Wuzhong Zone
People's Republic of China

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory J. Scandaglia
Scott E. Rogers
John B. Thornton
SCANDAGLIA & RYAN
55 East Monroe, Ste. 3930
Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

_[signature]_
(By) DEPUTY CLERK

July 25, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE August 28, 2008 |
| NAME OF SERVER (PRINT) MATTHEW DOUPONCE | TITLE Project Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): IN ACCORDANCE WITH RULE 4 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND 805 ILCS 5/5.30 (5.25) I SERVED THE SUMMONS, COMPLAINT, AND FORM BCA-5.25 AFFIDAVIT OF COMPLIANCE FOR SERVICE ON THE ILLINOIS SECRETARY OF STATE DEPARTMENT OF BUSINESS SERVICES, AS AGENT FOR DEFENDANT ON AUGUST 26, 2008.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/28/08
_____
Date    Signature of Server

c/o 55 E. Monroe, Suite 3930, Chicago, IL 60603
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Form **BCA-5.25**
(Rev. Jan. 2003)

**AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT**

File # 9805-4669

Jesse White
Secretary of State
Department of Business Services
Springfield, IL 62756
217-524-6748
www.cyberdriveillinois.com

Remit payment in check or money order payable to Secretary of State.

This space for use by Secretary of State.

**FILED**

AUG 27 2008

**JESSE WHITE
SECRETARY OF STATE**

SUBMIT IN DUPLICATE

Date: 8/27/08

Filing Fee: $10

Approved: RM

1. Title and Number of Case:

   Ty Inc. _____ first named plaintiff
   v
   Suzhou Young Chang Plastic Products Co _____ first named defendant

   Number  08 CV 4217

2. Name of corporation being served: Suzhou Young Chang Plastic Products Co., Ltd.
3. Title of court in which an action, suit or proceeding has been commenced: Northern District of Illinois
4. Title of instrument being served: Summons and Complaint
5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☐ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____, _____ ; the conditions
        Month & Day        Year
      of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____, _____ .
        Month & Day        Year

   e. ☑ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: No. 3 Songnan Village, Luzhi Town, Wuzhong Zone, China

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _____           August 26           2008
   Signature of Affiant              Month & Day           Year

   ( 312 )  580-2053
   Telephone Number

Return to (please type or print clearly):

John B. Thornton, Scandaglia & Ryan
  Name
55 East Monroe, Ste. 3930
  Street
Chicago           IL              60603
City/Town         State            ZIP

**TENDERED CHICAGO
CORP. DEPARTMENT**

AUG 26 2008

ACCEPTANCE AND "FILED" DATE
ESTABLISHED ONLY AFTER
REVIEW

Printed by authority of the State of Illinois. June 2005 — 5M — C 213.10